# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
                                    X
ABDU AL QADER HUSSAIN AL-           :
MUDAFARI,                           :
                                    :
              Petitioner,           :
                                    :    Civil Action No. 05-cv-2185 (RCL)
       v.                           :
                                    :
BARACK H. OBAMA, et al.,            :
                                    :
              Respondents.          :
                                    X
```

## PROPOSED ORDER GRANTING PETITIONER'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO RESPONDENTS' MOTION TO DEEM PROTECTED INFORMATION HIGHLIGHTED IN THE ACCOMPANYING PROPOSED PUBLIC FACTUAL RETURN FOR ISN 040

Upon consideration of Petitioner's Consent Motion for Extension of Time to File Response to Respondents' Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 040, the motion is GRANTED. It is hereby:

1. ORDERED that the filing deadline established in this Court's Order of March 11, 2011 (Dkt. No. 256) is vacated; and

2. ORDERED that Petitioner shall file his response to Respondents' Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 040 (Dkt. No. 253) on or before June 24, 2011.

SO ORDERED.

6/1/11
Date

Honorable Royce C. Lamberth
Chief Judge